CLAIRE HEDERVARY, Appellant, v. LORD & TAYLOR et al., Respondents, et al., Defendants.— Action to recover damages for personal injuries. Plaintiff appeals from an order on reargument denying a motion for a preference. Order affirmed, with $10 costs and disbursements. No opinion. Carswell, Acting P. J., Johnston, MacCrate and Schmidt, JJ., concur; Adel, J., not voting.

∎

In the Matter of ROBERT HERKO, an Infant, Appellant. LILLIAN UVILLER, Respondent.— In a proceeding in the Domestic Relations Court of the City of New York, Children's Court Division, County of Kings, the appeal is from an order of that court adjudging appellant to be delinquent. Appeal dismissed, without costs. The court, in addition to adjudging appellant a delinquent, at the same time remanded him for psychiatric examination, adjourning the proceeding to a later date. Accordingly, the order is not final and, therefore, not appealable. (N. Y. City Dom. Rel. Ct. Act, § 58; Giuliano v. Giuliano, 278 App. Div. 850.) Nolan, P. J., Carswell, Johnston, Wenzel and MacCrate, JJ., concur.